RECEIVED
SDNY PRO SE OFFICE
2022 AUG -5 PM 2:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vinton Frost
_____

Write the full name of each plaintiff.

-against-

Donald Trump
(former official capacity,
President of the United States)
_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
AUG 4 2022
BY: _____
___ CV _____
(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☒ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

**A. If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

PLAINTIFF'S 1st, 4th, 5th, 6th and 9th and 14th Amendment RIGHTS HAVE BEEN VIOLATED; HIS RIGHTS UNDER TITLE 5 UNITED STATE CODE SECTION 552 and 552a AND HIS PROTECTIONS UNDER TITLE 50 USC 3161, E.O. 13,526, AS WELL AS PROTECTIONS UNDER TITLE 18 USC 371, HAVE BEEN VIOLATED.

**B. If you checked Diversity of Citizenship**

  1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, __VINTON FROST__ , is a citizen of the State of
(Plaintiff's name)

__NEW YORK__

(State in which the person resides and intends to remain.)

~~or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of~~

_____ .

~~If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.~~

Page 2

If the defendant is an individual:

The defendant, **DONALD J. TRUMP, SR.** (Defendant's name), is a citizen of the State of

**FLORIDA**

~~or, if not lawfully admitted for permanent residence in the United States, a citizen or~~ subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing ~~information for each additional defendant.~~

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**VINTON**            **P.**            **FROST II**
First Name            Middle Initial            Last Name

**909 THIRD AVENUE #6671**
Street Address

**NEW YORK, NEW YORK**       **NEW YORK**       **10150**
County, City                         State             Zip Code

**917-279-5094**                **fpetitioner@gmail.com**
Telephone Number                Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   DONALD  J.   TRUMP, SR.
               First Name              Last Name

               OWNER, THE TRUMP ORGANIZATION
               Current Job Title (or other identifying information)

               MAR-A-LAGO, 1100 SOUTH OCEAN BOULEVARD
               Current Work Address (or other address where defendant may be served)

               PALM BEACH, PALM BEACH   FLORIDA   33480
               County, City                State       Zip Code

Defendant 2:   _____
               First Name              Last Name

               _____
               Current Job Title (or other identifying information)

               _____
               Current Work Address (or other address where defendant may be served)

               _____
               County, City                State       Zip Code

Defendant 3:   _____
               First Name              Last Name

               _____
               Current Job Title (or other identifying information)

               _____
               Current Work Address (or other address where defendant may be served)

               _____
               County, City                State       Zip Code

Defendant 4: _____
                First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State                Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: TRUMP TOWER, FIFTH AVENUE, NEW YORK AND/OR THE WHITE HOUSE, 1600 PENNSYLVANIA AVENUE NW WASHINGTON, DISTRICT OF COLUMBIA

Date(s) of occurrence: SUBJECT TO DISCOVERY, ON DATES RANGING FROM 11/6/2020 TO 1/20/2021

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

FORMER PRESIDENT TRUMP, DEFENDANT, ORDERED THE HALT OF PROCEEDINGS PROTECTING PLAINTIFF'S RIGHTS AT THE DEPARTMENT OF JUSTICE AND OTHER FEDERAL AGENCIES, AND HE ORDERED SUBORDINATES TO VIOLATE NATIONAL SECURITY INFORMATION LAW BY FAILING TO DISCLOSE INFORMATION PERTAINING TO PLAINTIFF AT THE DOJ, INCLUDING THE ANTITRUST DIVISION, THE FBI, THE OFFICE OF THE U.S. ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND THE OFFICE OF THE UNITED STATES ATTORNEY GENERAL.

DEFENDANT WAS THE BENEFICIARY OF OVER $100 MILLION IN PAYMENTS FROM A PARTNERSHIP OWNING 555 CALIFORNIA STREET IN SAN FRANCISCO, CALIFORNIA. DEFENDANT HAD AGREED TO SWAP PROPERTY THE TRUMP ORGANIZATION OWNED

IN QUEENS, NEW YORK, FOR A 30% INTEREST IN THE CALIFORNIA PROPERTY CONTROLLED BY THE LATE RICHARD BLUM, WHOM PLAINTIFF ACCUSED IN 2017, Froit v. Blum, et al., 17-CV-7072 JSW, OF CONSPIRING TO UNDERMINE PLAINTIFF'S 1ST AMENDMENT RIGHT TO PETITION GOVERNMENT FOR REDRESS OF GRIEVANCES. THE PEOPLE OF THE UNITED STATES WOULD ACCEPT THAT THIS TRANSACTION REPRESENTS SUFFICIENT EVIDENCE FOR COURT TO COMPLETE ITS SUA SPONTE REVIEW AND TO ISSUE SUMMONS. A 2019 LETTER REQUESTING THE FORMER PRESIDENT'S ASSISTANCE TO DECLASSIFY INFORMATION WAS RECEIVED BY THE WHITE HOUSE AND WAS LEFT UNANSWERED.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I HAVE PHYSICAL INJURIES FROM BATTERY BY FEDERAL OFFICERS AND FROM A SURGERY IN 2007 INSTALLING A DEVICE. ALL MEDICAL TREATMENT WAS DENIED BY AUTHORITIES AND BY HEALTH CARE PROVIDERS. I HAVE BEEN EXCLUDED FROM BUSINESS. MY INTELLECTUAL PROPERTY HAS BEEN STOLEN. MY INJURIES ARE TOO NUMEROUS TO LIST HERE.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

PLAINTIFF SEEKS AN APOLOGY PUBLISHED IN THE NEW YORK TIMES AND THE WALL STREET JOURNAL.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

__AUGUST 4, 2022__
Dated

Plaintiff's Signature

__VINTON__        __P.__        __FROST__
First Name        Middle Initial        Last Name

__909 THIRD AVENUE #6671__
Street Address

__NEW YORK, NEW YORK__       __NEW YORK__       __10150__
County, City        State        Zip Code

__917-279-5094__
Telephone Number        Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



Address:              600 3RD AVE
                      NEW YORK
                      NY 10016
Location:             JRAKS
Device ID:            -BTC01
Transaction:          940342140731

**FedEx Standard Overnight**
Tracking Number:
 276390452623     0.20 lb (S)       45.30
    Declared Value    0
Recipient Address:
    DONALD J TRUMP
    Former President of the U.S.A
    1100 S OCEAN BLVD
    MAR A LAGO
    PALM BEACH, FL 33480
    0000000000

Scheduled Delivery Date 8/5/2022

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

            Shipment subtotal:    $45.30

                   **Total Due:    $45.30**

             (S) CreditCard:      $45.30



USPS Priority Mail Express Flat Rate Envelope (scanned upside down). Received stamp: SDNY PRO SE OFFICE, 2022 AUG -5 PM 2:15.