# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

Manhattan Division

August 10, 2022

**Vinton Frost**

 *Plaintiff*

    v.                  Case #: 22-CV-6720 UA

**Donald J. Trump (former official capacity,
President of the United States)**

 *Defendant*

                **MOTION FOR PRELIMINARY INJUNCTION**

---

Plaintiff requests that the court order the President of Stanford University to send to the court a copy of Plaintiff's letter to President Trump, received by the White House on August 13, 2019, requesting former President Trump's assistance to declassify records pertaining to Plaintiff (Letter to Trump). The letter represents evidence and therefore should be reviewed. The Stanford leader and his address are President Marc Tessier-Lavigne, Jane Stanford Way, Building 10, Stanford University, Stanford, California, 94305, president@stanford.edu.

Plaintiff hand delivered copies of the Letter to Trump to the Stanford President's office in early August, 2019, and to an officer of the Stanford Department of Public Safety (Santa Clara County Sheriff Deputy) on the occasion of the Department's removal of Plaintiff, requested by University staff, from the Stanford Alumni Center's Munger Business Center where he had previously typed and printed the letter.

Plaintiff's own copy of the Letter to Trump was seized by San Francisco authorities who subsequently lost or stole it, along with all of Plaintiff's personal possessions, Plaintiff's federal court case records, and hard-drives, in violation of Plaintiff's 5th Amendment rights.

To his knowledge and belief, Plaintiff certifies that this statement is true and correct.

                      Respectfully Submitted,
                      s/Vinton Frost
                      Vinton Frost