UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINTON P. FROST,

               Plaintiff,

    -against-

DONALD J. TRUMP, SR,

               Defendant.

22-CV-6720(LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 4, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 4, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge